UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAGNUM DRILLING SERVICES, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 2:07cv426 |
| APS TECHNOLOGY, INC. and APS OILFIELD SERVICES, LP, | § § | U.S. District Judge: T. John Ward |
| Defendants. | § § | |

### AGREED ORDER FOR DISMISSAL WITH PREJUDICE

On this date, came for consideration the Agreed Motion for Dismissal with Prejudice filed by plaintiff Magnum Drilling, Inc., and defendants APS Technology, Inc. and APS Oilfield Services, LP (collectively, the "Parties"). The Court, having considered the Agreed Motion to Dismiss with Prejudice, finds that it is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims, counterclaims, and causes of action asserted or that could have been asserted in the above-styled cause by the Parties are hereby dismissed with prejudice as to the right of any of the Parties to re-file the same;

IT IS FURTHER ORDERED that all costs of court and attorneys' fees are to be taxed against the party incurring the same.

SIGNED this 9th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE